AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| MARTIN MARTINEZ, <br><br> *Plaintiff(s)* <br><br> v. <br><br> 35 WEST 20TH STREET REST. INC., <br> doing business as PERIYALI RESTAURANT, and <br> NICOLA TZOLIS and SOTIRIOS TZOLIS, <br> aka STEVE TZOLIS, individually, <br><br> *Defendant(s)* | ) <br> ) <br> ) <br> ) <br> ) <br> )   Civil Action No.   22 cv 6067 <br> ) <br> ) <br> ) <br> ) <br> ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  35 WEST 20TH STREET REST. INC., dba PERIYALI RESTAURANT
35 West 20th Street
New York, NY 10011

NICOLA TZOLIS,                                      SOTIROS TZOLIS AKA STEVE TZOLIS,
35 West 20th Street                                 35 West 20th Street
New York, NY 10011                                  New York, NY 10011

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you
are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ.
P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of
the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney,
whose name and address are:

Cilenti & Cooper, PLLC
200 Park Avenue - 17th Floor
New York, New York 10166

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.
You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  July 18, 2022                                    /S/  S.  James
                                                        *Signature of Clerk or Deputy Clerk*

