```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/17/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------- X

MARTIN MARTINEZ,

                                Plaintiff,

                   -against-

35 WEST 20TH STREET REST. INC.,
*doing business as* PERIYALI
RESTAURANT, *and* NICOLA TZOLIS *and*
SOTIRIOS TZOLIS, aka STEVE TZOLIS,
*individually*,

                          Defendants.

--------------------------------------------------------- X

22-CV-6067 (VEC)

<u>ORDER</u>

VALERIE CAPRONI, United States District Judge:

      WHEREAS on January 13, 2023, the parties submitted a proposed settlement agreement

for the Court's approval pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d

Cir. 2015), *see* Dkt. 13;

      WHEREAS the Court finds that counsel's requested fee and the settlement amount for

the case are reasonable; and

      WHEREAS the Court finds that the proposed settlement agreement is fair and reasonable

but contains the following two typographical errors: in the "Settlement Amount" paragraph on

page 2 of the agreement, "Defendants agree to pay Plaintiff the total sum of fourteen thousand

give hundred dollars ($13,500.00)," and in paragraph 6, page 4, the agreement provides that the

parties consent to jurisdiction in the Eastern District of New York for litigation arising out of the

settlement agreement.  *See* Dkt. 13-1, Ex. A.

IT IS HEREBY ORDERED that the parties must submit a corrected proposed settlement agreement by no later than **January 20, 2023**.  The Court would be prepared to approve as fair and reasonable a settlement agreement that is free of typographical errors discussed above.

IT IS FURTHER ORERED that the status conference scheduled for January 20, 2023 is CANCELLED.

**SO ORDERED.**

**Date:  January 17, 2023**
**New York, NY**

_____
**VALERIE CAPRONI**
**United States District Judge**