# CILENTI & COOPER, PLLC
## ATTORNEYS AT LAW
60 East 42nd Street – 40th Floor
New York, New York 10165

———

Telephone (212) 209-3933
Facsimile (212) 209-7102

**REQUEST FOR APPROVAL**
**OF AN FLSA SETTLEMENT**

January 18, 2023

**BY ECF**

Honorable Valerie Caproni, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

   Re: **Martin Martinez v. 35 West 20th Street Rest. Inc, et. al.**
      **Case No. 22 Civ. 6067 (VEC)**

Dear Judge Caproni,

  This case is pending before Your Honor and the parties resolved the case last month during court-ordered mediation. This correspondence is submitted jointly by counsel in response to the court's order at Docket 14. We provide with this correspondence the corrected settlement agreement and we again thank the court for its consideration of the case

  We seek an to file the dismissal of this case within thirty (30) days.

           Respectfully submitted,
           CILENTI & COOPER, PLLC
           By: /s/ Peter H. Cooper, Esq.
           60 East 42nd Street – 40th Fl.
           New York, New York 10165
           Tel. (212) 209-3933
           *Attorneys for Plaintiff*

           JAMES MALLIOS, ESQ.
           By: /s/ James Mallios, Esq.
           115 East 60th Street
           New York, NY 10022
           Tel. (917) 435-2624
           *Attorneys for Defendants*