```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/19/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
MARTIN MARTINEZ,

                  Plaintiff,

     -against-

35 WEST 20TH STREET REST. INC.,
*doing business as* PERIYALI
RESTAURANT, *and* NICOLA TZOLIS *and*
SOTIRIOS TZOLIS, aka STEVE TZOLIS,
*individually*,

                  Defendants.
------------------------------------------------------------ X

22-CV-6067 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

     WHEREAS on January 18, 2023, the parties submitted a proposed settlement agreement for the Court's approval pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015), *see* Dkt. 15;

     WHEREAS the Court finds that counsel's requested fee and the settlement amount for the case are reasonable; and

     WHEREAS the Court finds that the proposed settlement agreement is fair and reasonable.

     IT IS HEREBY ORDERED that the proposed settlement agreement is approved as fair and reasonable. The Clerk of Court is respectfully directed to close this case.

**SO ORDERED.**

Date: **January 19, 2023**
       New York, NY

                                                  **VALERIE CAPRONI**
                                              **United States District Judge**